SARAH WELT KAKELS, Respondent, v. GEORGE LAWRIE REALTY COMPANY, INC., Appellant, Impleaded with Others, Defendants.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

VITO DAMIANI, Respondent, v. ANTONIO DAMIANI and ROSE DAMIANI, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

WILFRED L. McDOUGALD, Respondent, v. LOUIS N. HARTOG, Carrying on Business under the Firm Name and Style of NORTH KENSINGTON REFINERY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

BENJAMIN SOLOMON, as Trustee in Bankruptcy for I. SHAININ & COMPANY, INCORPORATED, a Bankrupt, Appellant, v. DANIEL E. FINN, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELIZABETH SWEINHART, Appellant, v. LOUIS BAMBERGER, Respondent.—Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 256.]

In the Matter of the Judicial Settlement of the Account of Proceedings of GEORGE T. HOGG, as Limited Administrator with the Will Annexed of the Estate of PAUL STUPPEL, Deceased.—Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

JEROME L. DAVIS and Others, Respondents, v. MARTELL's WINE & LIQUOR Co., INC., Appellant.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK, etc., Appellant, v. ISAAC SHERNOV and SADIE SHERNOV, his wife, and LILLIAN WANSKER, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of FRANCES R. GRANT and Others, Appellants, to Set Aside the Election of SIDNEY NEWBERGER and Others, as Trustees of MASTER INSTITUTE OF UNITED ARTS, INC., Respondents.— Order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse.